Judge Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | No. CR12-5420RJB |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO SEAL SENTENCING MEMORANDUM |
| JOEL MAYFIELD, | |
| Defendant. | NOTED: Wednesday, August 28, 2013 |

THIS MATTER comes before the court on Defendant Joel Mayfield's Motion to Seal his Sentencing Memorandum. For the reasons stated in the motion, it is hereby

ORDERED that Defendant Joel Mayfield's Motion to Seal his Sentencing Memorandum is GRANTED.

DATED this 29th day of August 2013.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

  /S/  Paula T. Olson_____
Paula T Olson, WSB#11584
Attorney for Defendant Mayfield

DEFENDANT'S MOTION TO SEAL – Page 1

**LAW OFFICE OF PAULA T. OLSON**
**1008 South Yakima Avenue, Suite 100**
Tacoma, Washington 98405
Tacoma: (253) 627-1747
Facsimile: (253) 627-1757